UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRUCE SILVA et al.,<br><br>Defendants. | PROTECTIVE ORDER<br>ADDENDUM<br><br>23 Cr. 204 (PGG) |

Upon the application of the United States of America, by Assistant United States Attorneys Jacob R. Fiddelman, Michael R. Herman, and Matthew J. King, of counsel, and with the consent of defendant JUSTIN BALLESTER, through his counsel, it is hereby ORDERED that the Protective Order entered by the Court in this matter (Dkt. 41) shall apply to BALLESTER and his counsel.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney

by: _____        Date:   May 19, 2023
Jacob R. Fiddelman
Michael R. Herman
Matthew J. King
Assistant United States Attorneys

JUSTIN BALLESTER

_____             Date:   5/22/23
Brendan Quigley, Esq.
Counsel for Justin Ballester

SO ORDERED.

Dated: New York, New York
       May 23, 2023

_____
HONORABLE PAUL G. GARDEPHE
UNITED STATES DISTRICT JUDGE