UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

JUSTIN BALLESTER,

                Defendants.

**ORDER**

23 Cr. 204 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      A change-of-plea hearing will take place in this matter on **February 12, 2024, at 10:00 a.m.,** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
         January 31, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge