**BAKER BOTTS** LLP

| | | |
|---|---|---|
| 30 ROCKEFELLER PLAZA | AUSTIN | **NEW YORK** |
| NEW YORK, NEW YORK | BRUSSELS | PALO ALTO |
| 10112-4498 | DALLAS | RIYADH |
| | DUBAI | SAN FRANCISCO |
| TEL +1 212.408.2500 | HOUSTON | SINGAPORE |
| FAX +1 212.408.2501 | LONDON | WASHINGTON |
| BakerBotts.com | | |

May 30, 2024

Brendan F. Quigley
Partner
TEL: 2124082520
brendan.quigley@bakerbotts.com

**VIA ECF**

Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *United States v. Justin Ballester*, 23 Cr. 204-6 (PGG)

Dear Judge Gardephe:

We represent defendant Justin Ballester in this action. We write to request a one-month adjournment of Mr. Ballester's sentencing, currently scheduled for June 14, 2024. The additional time is necessary for counsel to attempt to obtain additional letters in support of Mr. Ballester. The government consents to this request.

We appreciate the Court's consideration.

Respectfully submitted,

/s/ *Brendan F. Quigley*
Brendan F. Quigley

CC: Counsel of record (via ECF)

**MEMO ENDORSED**
The Application is granted. Sentencing is adjourned to July 16, 2024 at 3:00 p.m.
SO ORDERED:
Paul G. Gardephe, U.S.D.J.
Dated: June 3, 2024

Active 72696506.1