UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-against-

JUSTIN BALLESTER,

                Defendant.

**ORDER**

23 Cr. 204 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

      The sentencing in this matter scheduled for July 16, 2024 is adjourned to **July 18, 2024, 3:00 p.m.** The sentencing will take place in Courtroom 705, United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       July 11, 2024

SO ORDERED.

*Paul G. Gardephe* (signature)
Paul G. Gardephe
United States District Judge