**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

August 8, 2024

**BY ECF**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Justin Ballester*, 23 Cr. 204 (PGG)

Dear Judge Gardephe:

    The Government respectfully submits this letter motion to request, on consent, a one-week adjournment of the August 16, 2024 continued sentencing hearing for defendant Justin Ballester and the corresponding August 9 deadline for supplemental written submissions. The parties have been actively working on the issues raised at the last appearance, including additional proffers of government witnesses and continued factual discussions between the parties. The parties are hopeful that continued work on these issues during the requested additional week will result in resolution of the factual disputes, so as to eliminate the need for the Court to make any *Fatico* findings. Counsel for defendant Ballester consents to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Jacob R. Fiddelman
Michael R. Herman
Matthew J. King
Assistant United States Attorneys
(212) 637-1024/-2221/-2384

**MEMO ENDORSED**: The application is granted. Defendant Ballester's sentencing is adjourned to **August 26, 2024, at 3:00 p.m.** The parties' supplemental written submissions are due by **August 19, 2024**.

SO ORDERED.

*/s/ Paul G. Gardephe*
_____
Paul G. Gardephe
United States District Judge

Date: August 8, 2024

    cc:    Defense counsel